**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- X

J.G., on behalf of her minor son, S.O.,

                         Plaintiff,

       -against-

THE CITY OF NEW YORK, a municipal entity; and NYPD Police Officers JOHN DOES 1-6, in their individual capacities,

                       Defendants.

------------------------------------------------------------------- X

**[PROPOSED] INFANT COMPROMISE ORDER**

No. 24-CV-04978 (JAV)

      Plaintiff and Defendants having agreed to the settlement of Plaintiff's claims for the sum of eighty-five thousand dollars ($85,000.00), and it appearing that the best interests of S.O. (who was is a minor) will be served by said settlement; and

      It appearing that all necessary prerequisites of Local Civil Rule 83.2 and C.P.L.R. Rule 1208 have been met, and for good cause having been shown, dispensing with any other requirements of New York State law,

      **NOW**, on application of Joshua S. Moskovitz, the Principal of The Law Office of Joshua Moskovitz, P.C., attorneys of record for the plaintiff, it is hereby

      **ORDERED**, that J.G., as mother and natural guardian of S.O., is authorized to settle and compromise the claims herein against Defendants in favor of S.O. for the sum of eighty-five thousand dollars ($85,000.00), and to enter into a settlement agreement and execute all papers necessary to effect such compromise, and it is further

      **ORDERED**, that out of the total sum of $85,000.00, The Law Office of Joshua Moskovitz, P.C., attorneys of record for Plaintiff, are entitled to payment of $28,626.52, representing $439.78

for reimbursement of reasonable litigation costs incurred and $28,186.74 for payment for legal fees in connection with representing Plaintiff; and it is further

**ORDERED**, that the balance of the settlement, to wit, fifty-six thousand, three-hundred and seventy-three dollars and forty-eight cents ($56,373.48), shall be deposited into an interest-bearing, custodial account opened by J.G. for S.O.'s benefit at an F.D.I.C.-insured bank; and it is further

**ORDERED**, that all claims concerning S.O. against Defendants are resolved by this settlement, and it is further,

**ORDERED**, that this Court shall retain jurisdiction over this matter for the purpose of enforcing the settlement referenced herein.

Dated: January 30, 2025

SO ORDERED

*/s/ Jeannette Vargas*
HON. JEANNETTE A. VARGAS
United States District Judge