**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X

J.G., on behalf of her minor son, S.O.,

Plaintiff,

-against-

THE CITY OF NEW YORK, a municipal entity; and NYPD Police Officers JOHN DOES 1-6, in their individual capacities,

Defendants.

------------------------------------------------------------------- X

**[~~PROPOSED~~]**
**ORDER**

No. 24-CV-04978 (JAV)

By order dated January 30, 2025 (Dkt. 24), this Court authorized J.G., as mother and natural guardian of S.O., to settle and compromise the claims herein, and directed J.G. to deposit the balance of the settlement proceeds into an interest-bearing, custodial account. By letter application dated September 16, 2026, counsel for J.G. informed the Court that J.G. appropriately opened the required account and deposited the settlement proceeds therein; and that S.O. is now eighteen years old and the bank holding the account requires an order of the Court to release the funds to S.O. Accordingly, it is hereby **ORDERED** that J.G. is permitted to withdraw the funds in the custodial account and close that account.

Dated: October 19, 2026

SO ORDERED

Jeannette Vargas

HON. JEANNETTE A. VARGAS
United States District Judge